| | |
|---|---|
| Name | Bruce P Murchison |
| Address | 4850 S Lantana Pl |
| | Tucson, Arizona 85730 |
| | murch777@yahoo.com |
| Telephone | (520) 869-1289 |



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Bruce P Murchison )
)
)
Plaintiff, ) Case No. CV 13-01178
)
vs. ) **MOTION TO ALLOW**
) **ELECTRONIC FILING**
Aetna Life Insurance Company ) **BY A PARTY APPEARING**
) **WITHOUT AN ATTORNEY and**
Defendant. ) **SUPPORTING INFORMATION**
)
)

I, Bruce P Murchison                          , declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A.  Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

_____
_____
_____
_____
_____

B.  Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

  Yes  [✓]     No  [ ]

C.  Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

  Yes  [✓]     No  [ ]

D.  Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

  Yes  [✓]     No  [ ]

E.  Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

  Yes  [✓]     No  [ ]

F.  Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

  Yes  [✓]     No  [ ]

DATED this 21 day of November, 2013.

*[signature]*
Your signature in ink

Bruce P Murchison
Your name typed or printed

4850 S Lantana Pl

Tucson, Arizona 85730
Address

(520) 869-1289
Telephone Number